# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-60079

---

STATE OF TEXAS; STATE OF LOUISIANA; STATE OF UTAH; STATE OF WEST VIRGINIA,

*Petitioners,*

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

---

Petition for Review from an Order of the
Securities & Exchange Comm
Agency No. 87 Fed. Reg. 78770

---

## UNPUBLISHED ORDER

Before KING, JONES, and SMITH, *Circuit Judges*.

PER CURIAM:

IT IS ORDERED that Respondent's opposed motion to transfer petition for review to District of Columbia Circuit is DENIED;

IT IS FURTHER ORDERED that Respondent's alternative opposed motion for partial dismissal of petition for review as to the State of Utah and the State of West Virginia as Petitioners is DENIED.