# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 18, 2023

Mr. Monroe David Bryant Jr.
Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548
(MC-009)
Austin, TX 78711-2548

     No. 23-60079   State of Texas v. SEC
                           USDC No. 87 Fed. Reg. 78770

Dear Mr. Bryant,

The following pertains to your brief electronically filed on December 11, 2023.

The proposed sufficient brief was made sufficient on December 13, 2023. Any attempt to correct a brief required a motion or a letter to correct the brief.

                               Sincerely,

                               LYLE W. CAYCE, Clerk

                               By: _____
                               Monica R. Washington, Deputy Clerk
                               504-310-7705

cc:  Mr. Michael A. Conley
     Ms. Tracey A. Hardin
     Mrs. Melissa A. Holyoak
     Mr. Joseph N. Mazzara
     Ms. Elizabeth Baker Murrill
     Mr. Jacob Przada
     Mr. John Robert Rady
     Ms. Lindsay Sara See
     Mr. Joseph Scott St. John
     Mr. Daniel Staroselsky
     Mr. Michael Ray Williams